UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

YOSNIEL MONTANO GABILAN #A220-067-123

CASE NO.  1:26-CV-00821 SEC P

VERSUS

JUDGE ROBERT R. SUMMERHAYS

KRISTI NOEM ET AL

MAGISTRATE JUDGE DAVID J. AYO

## ORDER

Plaintiff has been served more than thirty (30) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE July 28, 2026.

Daniel J. McCoy
Clerk of Court

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JIANG SHI RUI #A241-304-384** | **CASE NO.  3:26-CV-01210 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **LIZA BOWEN** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Plaintiff has been served more than thirty (30) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE July 28, 2026.

Daniel J. McCoy
Clerk of Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SAMMY ALKOSHASH #A201-245-625          CASE NO.  6:26-CV-00828 SEC P

VERSUS                                 JUDGE ROBERT R. SUMMERHAYS

U S IMMIGRATION & CUSTOMS              MAG. JUDGE KAYLA D. MCCLUSKY
ENFORCEMENT

## ORDER

Plaintiff has been served more than thirty (30) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE July 28, 2026.

Daniel J. McCoy
Clerk of Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

SEMHAL MICHAEL GUESH

VERSUS

LISA BOWEN ET AL

CASE NO.  3:26-CV-00414 SEC P

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE CAROL B. WHITEHURST

## ORDER

Plaintiff has been served more than thirty (30) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety.**  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE July 28, 2026.

Daniel J. McCoy
Clerk of Court

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

CODY J BROUSSARD

VERSUS

FRANCISCO J CANTU

CASE NO.  2:26-CV-00525

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

## ORDER

Plaintiff has been served more than thirty (30) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed as to T C G U S Acquisition Co, LLC.** This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE July 28, 2026.

Daniel J. McCoy
Clerk of Court